# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DEBORAH LYNN SIKES, | ) |
| Claimant, | ) ) ) |
| v. | ) Case No. CV415-047 |
| CAROLYN W. COLVIN, *Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Deborah Lynn Sikes filed a form complaint seeking judicial review of an adverse disability claim decision by the Social Security Administration. Doc. 1. She also requested leave to proceed *in forma pauperis* (IFP). Doc. 2. The Court directed her to cure some material deficiencies in her IFP request. Doc. 3.

That Order has since been returned as "undeliverable." Doc. 4. Per Local Rule 11.1, it was plaintiff's continuing duty to keep the Court apprised of her current address. Without it, the Court cannot move this case forward or even communicate with her. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED**

without prejudice for her failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO REPORTED AND RECOMMENDED** this 23rd day of March, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA